IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

DONALD H. GAMBLE, JR., )
)
Petitioner, )
)
v. ) CV 118-204
)
CLINTON PERRY, JR., Warden, )
)
Respondent. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **STAYS** and **HOLDS IN ABEYANCE** this action while Petitioner exhausts his state court remedies. The Court **ORDERS** Petitioner to commence state proceedings and file a notice of compliance within sixty days of the date of this Order. Petitioner shall have sixty days from the date he has exhausted his state court remedies to file a motion to lift the stay.

SO ORDERED this 13th day of September 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA